```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLANCA FERNANDEZ and GLORIA MARCA, individually and on behalf of all others similarly-situated,

                Plaintiffs,

- against -

NAILSWAY INC., NAULO NAILS, INC.; NAILSMETIC CORPORATION, NAILSCURE INC., SURYA GURUNG, TSERING ANGMO,

                Defendants.

**ORDER OF DISMISSAL**

15 Civ. 3710 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case.

Dated: New York, New York
       July 27, 2015

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge